IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL ACTION NO.: 4:18CR260 |
| v. | |
| BRANDON CHAPMAN, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on the Motion for Leave of Absence by Chester J. Gregg, counsel for Defendant Brandon Chapman, for the dates of April 19, 2019 through April 24, 2019, July 4, 2019 through July 18, 2019, September 18, 2019 through September 20, 2019, October 30, 2019 through November 1, 2019, and December 23, 2019 through December 27, 2019. (Doc. 631.) After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this 21st day of March, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA